**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mark Richard EVERROAD, Defendant–Appellant.**

No. 03–30332.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2004.*

Decided Oct. 22, 2004.

Before: KLEINFELD, TASHIMA and GOULD, Circuit Judges.

MEMORANDUM **

Mark Richard Everroad appeals his guilty-plea conviction and 108–month sentence imposed for conspiracy to commit bank robbery, armed bank robbery and use and carrying of a firearm, in violation of 18 U.S.C. §§ 371, 2113(a) and (d) and 924(c)(1)(A)(ii).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Everroad has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, we GRANT counsel's motion to withdraw and AFFIRM the district court's judgment.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

